UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

KATHI RAFFONE,

       Plaintiff,                                  Case No. 1:08-cv-646

v.                                                    Hon. Janet T. Neff

BRIAN JEFFRIES, et al.,

       Defendants.

_____/

## JUDGMENT APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 9, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reason stated in the Report and Recommendation.

Dated: November 7, 2008                               /s/Janet T. Neff
                                                                     JANET T. NEFF
                                                                     UNITED STATES DISTRICT JUDGE